In the Interest of V.J.B., a minor.

Helen BURKHOLDER, Natural Mother, Appellant,

v.

DIVISION OF FAMILY SERVICES, Tom Hoover, Juvenile Officer, Respondents.

No. WD 42316.

Missouri Court of Appeals, Western District.

July 24, 1990.

James J. Wheeler, Keytesville, for appellant.

John E. Casey, Brookfield, for respondents.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Natural mother appeals from trial court's order terminating her parental rights to her minor child.

Judgment affirmed. Rule 84.16(b).